UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MATTHEW R. HERNANDEZ,<br><br>Petitioner,<br><br>v.<br><br>STEVE LANGFORD, Warden,<br><br>Respondent. | Case No.: CV 16-09081-VAP (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, Petitioner's Motion to Dismiss, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed no objections to the Report and Recommendation. The Court accordingly accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) Respondent's Motion to Dismiss is granted; and (2) Judgment be entered dismissing this action without prejudice.

Dated: September 5, 2017

_____
VIRGINIA A. PHILLIPS
Chief United States District Judge