UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MATTHEW R. HERNANDEZ,<br><br>        Petitioner,<br><br>      v.<br><br>STEVE LANGFORD, Warden,<br><br>        Respondent. | Case No.: CV 16-09081-VAP (JDE)<br><br>JUDGMENT |

      Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

      IT IS ADJUDGED that this action is dismissed without prejudice.


Dated: September 5, 2017

                         _____

                         VIRGINIA A. PHILLIPS<br>                         Chief United States District Judge